No. 75–6194.  CASTILLO *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 75–6253.  COOPER *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–6254.  ETTEN *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–6259.  HORSTED *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 75–6281.  QUIGG *v.* CRIST, WARDEN.  Sup. Ct. Mont.  Certiorari denied.

No. 75–6286.  GIBSON *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 75–6301.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–6315.  WESLEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–6318.  TUCKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–6327.  MASINO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–6329.  GLENOS ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.